United States District Court
Southern District of Texas
**ENTERED**
March 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARMIST THOMPSON, §<br>Plaintiff, §<br>§<br>vs. §<br>§<br>BRIDGECREST ACCEPTANCE §<br>CORPORATION AND ASSET RES §<br>SERVICES, LLC DBA PARADIGM §<br>RECOVERY & REMARKETING §<br>Defendant. §<br>§ | CIVIL ACTION NO. 4:20-CV-00263<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST FOR DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the parties' joint advisory and request for dismissal with prejudice, finds that the parties' request for dismissal should be GRANTED.

This matter is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

SO ORDERED this  8th  day of      March      , 2022.

_____
UNITED STATES DISTRICT JUDGE